STATE, RESPONDENT, v. WEYERHORST, APPELLANT.

[Argued November 17, 1891. Decided January 11, 1892.]

See *syllabus* and opinion in the case of *State* v. *Schultz, ante,* page 429.

*Appeal from Second Judicial District, Silver Bow County.*

Indictment for practicing medicine without a certificate from the State board of medical examiners. The defendant was tried before McHATTON, J.

*George Haldorn,* for Appellant.

*Henri J. Haskell,* Attorney-General, *Jno. F. Baldwin,* County Attorney, and *George W. Stapleton,* for the State, Respondent.

PER CURIAM. — Upon the authority of *State* v. *Schultz, ante,* page 429, it is ordered and adjudged that the judgment be reversed, and that the cause be remanded, with directions to grant the motion for a new trial.